```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 08257
    LOLA M GIAMBRONE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8328

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/12/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   37.49%.

     The case was dismissed after confirmation 07/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG         .00          .00            .00
AT&T UNIVERSAL CARD        UNSECURED       NOT FILED          .00            .00
BLAIR                      UNSECURED       NOT FILED          .00            .00
B-LINE LLC/CHASE BANK US   UNSECURED         6160.17          .00        1905.86
WELLS FARGO BANK           NOTICE ONLY    NOT FILED           .00            .00
WORLD FINANCIAL NETWORK    UNSECURED         1419.42          .00         439.15
SVEC & SONS FUNERAL HOME   SECURED NOT I    5504.00           .00            .00
MICHAEL J VITALE           DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                        163.44
DEBTOR REFUND              REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,508.45

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                        2,345.01
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                              163.44
DEBTOR REFUND                                         .00
                        --------------        --------------
TOTALS                   2,508.45                2,508.45
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 08257 LOLA M GIAMBRONE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 08257 LOLA M GIAMBRONE